IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br><br>    Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No. C 11-3438 LHK (PR)<br><br>ORDER GRANTING MOTION TO AUGMENT RECORD; GRANTING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 challenging the conditions of his confinement at Pelican Bay State Prison. Plaintiff's motion to augment the record is GRANTED.

Defendants' unopposed motion for an extension of time to file a motion for summary judgment is GRANTED. Defendants shall file a motion for summary judgment **no later than February 17, 2012.** Plaintiff shall filed an opposition no later than **thirty days** thereafter. Defendants shall file a reply **fifteen days** thereafter.

IT IS SO ORDERED.

DATED: 1/23/12

LUCY H. KOH
United States District Judge

Order Granting Motion to Augment Record; Granting Motion for Extension of Time to File Motion for Summary Judgment
G:\PRO-SE\SJ.LHK\CR.11\Treglia438misc.wpd