1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DANIEL TREGLIA,                    )      No. C 11-3438 LHK (PR)
                                        )
11            Plaintiff,                )      JUDGMENT
                                        )
12      v.                              )
                                        )
13   MATTHEW CATE, et al.,              )
                                        )
14            Defendants.               )
                                        )
     _____)

15

16        The Court has granted Defendants' motion for summary judgment.  Judgment is entered

17   in favor of Defendants and against Plaintiff.  The Clerk shall close the file.

18        IT IS SO ORDERED.

19   DATED: ___8/27/12_____

                                              _____
20                                            LUCY H. KOH
                                              United States District Judge

21

22

23

24

25

26

27

28

Judgment
G:\PRO-SE\SJ.LHK\CR.11\Treglia438jud.wpd